HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>IRVING ARZETA,<br><br>    Defendant. | Case No. CR07-5253RBL<br><br>ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

The Court having considered the Motion for Withdrawal and Substitution of Counsel,

IT IS HEREBY ORDERED that the motion [Dkt. #23] is **GRANTED**. The Federal Public Defender, and Assistant Federal Public Defender Linda Sullivan, are permitted to withdraw as defense counsel in this matter, and that new defense counsel shall be appointed to represent the defendant from the CJA panel. The briefing schedule [Dkt. #22] is hereby modified as follows:

    Appellant's Opening Brief due:    March 19, 2008
    Appellee's Brief due:              April 2, 2008
    Appellant's Reply (optional) due:  April 16, 2008.

Withdrawing counsel shall notify the CJA panel coordinator immediately of this order.

Dated this 11th day of February, 2008.

_Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1